Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: | |
| **MIGUEL JUAREZ,** | Case No: 16-40560-JMM |
| **HEIDI LIZETH JUAREZ**, | Chapter 13 |
| Debtors. | |

OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Debtors, through the undersigned attorney, file this objection to Trustee's Motion to Dismiss and state the following:

**1.** Trustee filed a Motion to Dismiss Debtors' case.  Debtors' Plan pays creditors 100% on allowed claims.  Trustee's Motion directly affects every allowed claim in the case.  Trustee failed to provide Notice to all interested parties of the case by failing to serve the Motion to Dismiss on all interested parties.  Rule 2002.

**2.** Trustee moves to dismiss Debtors' case for failure to keep current on monthly plan payments.  Dkt. No. 145.

**3.** Debtors Plan is a 100% Plan.  As of today, 15 months remain under the plan with roughly $15,367.42 left to pay.  If Debtors paid $1,100 per month for the remainder of the Plan, creditors would still be paid in full.  Tax refunds for 2019 and 2020 both also stand to pay down the plan more quickly.

**4.** Debtors intend to file a Motion to Modify to reduce their monthly plan payments and cure arrears.

WHEREFORE, Debtors request the Trustee's Motion to Dismiss be denied because Notice is insufficient to creditors and Debtors intend to file a Motion to Modify to cure arrears.

DATED this 11 March 2020

        /s/ Paul Ross
        PAUL ROSS

### CERTIFICATE OF SERVICE

I hereby certify that on 11 March 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    U.S. Trustee, ECF
    Kathleen McCallister, ECF, Trustee
    Jesse Baker, ECF, attorney for Chase
    William Dalling, ECF, attorney for William Dalling
    Ryan Fawcett, ECF, attorney for Midland Funding
    Jeremy Pittard, ECF, special attorney for Debtors

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

    NA

Via certified mail, return receipt requested, addressed as follows:

    NA

        /s/ Paul Ross
        PAUL ROSS